***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted November 3, appeal dismissed December 14, 2022, petition for review denied April 20, 2023 (371 Or 21)

In the Matter of the Marriage of

Violetta Alexander COTE,
nka Violetta Alexander,
*Petitioner-Appellant,*
*and*

Daniel O. COTE,
*Respondent-Respondent.*

Multnomah County Circuit Court
20DR10396; A178240

Diana I. Stuart, Senior Judge.

Violetta Alexander filed the briefs *pro se*.

Thomas A. Bittner, Amy D. Fassler, and Schulte, Anderson, Downes, Aronson & Bittner, P.C., filed the brief for respondent.

Before Ortega, Presiding Judge, and Powers, Judge, and Hellman, Judge.

ORTEGA, P. J.

Appeal dismissed.

**ORTEGA, P. J.**

Wife appeals the trial court's general judgment of dissolution of marriage, challenging the trial court's determinations regarding child custody, parenting time, and property division, among other things. She requests that we exercise our discretion to review this *de novo*, as we have the authority to under ORS 19.415(3)(b). However, wife has not designated a sufficient record on review for us to determine whether the court erred as she asserts. *See* ORS 19.365(5) ("If the record on appeal is not sufficient to allow the appellate court to review an assignment of error, the appellate court may decline to review the assignment of error and may dismiss the appeal if there are no other assignments of error that may be reviewed."); *Russell v. Nikon, Inc.*, 207 Or App 266, 140 P3d 1179, *adh'd to on recons*, 208 Or App 606, 145 P3d 312 (2006), *rev den*, 342 Or 299 (2007) (dismissing appeal under ORS 19.365(5) where appellant failed to provide an adequate record for review of his claim of error).

Appeal dismissed.